# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

ERICA S. TOOMBS                                                                                          PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:13CV648HTW-LRA

RANDSTAD GENERAL PARTNER (US), LLC AND
CALSONICKANSEI NORTH AMERICA, INC.                  DEFENDANTS

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant RANDSTAD US, L.P. (incorrectly identified above as "RANDSTAD GENERAL PARTNER (US), LLC") ("Defendant" or "Randstad"), by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1, hereby states that it is a privately-held limited partnership, the members of which are subsidiaries of Randstad Holding NV, a publicly-held corporation traded on the Dutch stock exchange. The members of Randstad include Randstad General Partner (US), LLC and Randstad North America, LP. Randstad General Partner (US), LLC holds a 0.1% general partnership interest in Randstad, and Randstad North America, LP holds a 99.9% limited partnership interest in Randstad.

Respectfully submitted,

RANDSTAD US, L.P.


By: */s/ Kristi H. Johnson*
    Kristi H. Johnson (MS Bar No. 102891)
    OGLETREE DEAKINS
    100 Renaissance
    1022 Highland Colony Parkway
    Suite 200
    Ridgeland, MS 39157
    Telephone: (601) 360-8444
    Facsimile: (601) 360-0995

    */s/ Benjamin D. Briggs*
    Benjamin D. Briggs (Admitted PHV)
    Georgia Bar No. 081902
    bbriggs@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia 30309-3962
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

    **Attorneys for Defendant**
    **RANDSTAD US, L.P.**

DATED: November 22, 2013

# CERTIFICATE OF SERVICE

I certify that on November 22, 2013, I electronically filed the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

>Louis H. Watson, Jr.
>Nick Norris
>WATSON & NORRIS, PLLC
>628 North State Street
>Jackson, Mississippi 39202

>*/s/ Kristi H. Johnson*_____
>Counsel for Randstad US, L.P.